1  Name: BRENDA MOORE
2  Address: 5126 WHITMAN WAY APT 103, CARLSBA, CALIFORNIA 92008
3  Telephone Phone:
4  Email:

**FILED**

Jul 18 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ RodrigoContreras    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

BRENDA MOORE,

Plaintiff(s),

v.

PACIFIC VIEW APARTMENTS; STEVEN QUICK manager; JULIA DOUGLAS ASSISTANT MANAGER; UNIT 203 JOHN DOE; UNIT 203 JANE DOE; PROPERTY ATTORNEYS,

Defendant(s).

Case No.: **'23CV1325 RSH DEB**
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

  a.  Do you have other Civil Case(s) in this or any other federal court?

      ☒ Yes    ☐ No

  b.  If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1  In THE CAUSE OF ACTION for this case Plaintiff is alleging
2  ongoing Discrimination by all Defendants on the basis of
3  RACE, DISABILITY, an HARASSMENT, all of which are protected
4  Characteristic under The Fair Housing Act, The American
5  With Disabilities Act, SECTION 504 OF THE Rehabiliation
6  Act. The Fair Housing Act makes it illegal to harass person's
7  because of their RACE, OR DISABILITIES under that law harass-
8  MENT is when a apartment manager uses Peristant aggre-
9  ssive methods against a tenant Harassing Discriminating
10 against the tenant, Lying trying to Intimidate a tenant,
11 willing creates situations where a tenants peace is inten-
12 tionally disturb such the tenant will feel uncomfortable
13 and move out. All of which have taken place in this action.
14              BACK GROUND
15 Plaintiff moved into the PACIFIC VIEW APARTMENT July
16 05, 2022 since day one the tenants in unit 203 JOHN DOE,
17 and JANE DOE, have intentionally harassed plaintiff. Plaintiff
18 made many reports all were disregarded by both Managers. They
19 themselves STEVEN QUICK an JULIA DOUGLAS started their own
20 harassment of plaintiff Manager STEVEN QUICK stated many
21 time he wish I would move when plaintiff would ask either
22 manager QUICK or DOUGLAS to stop the tenants John Doe, and Jane
23 Doe in Unit 203 to stop harassing me, Washing all day, Running,
24 Stomping, Jumping on the floor which makes excessive very loud
25 noises in plaintiff(s) unit below, the noises were so unbearable
26 Plaintiff could not sleep suffered "SLEEP DEPRIVATION, as the
27 tenants John Doe, and Jane Doe unit 203 were intentionally Hara
28 ssing plaintiff, they have spread vicious lies against plaintiff

2

which was further spread by Defendant STEVEN QUICK, and JULIA DOUGLAS, as the ATTORNEY'S for PACIFIC VIEW APARTMENT as this Persistant Harassment being allowed John Doe and Jane Doe against plaintiff only added Manager STEVEN QUICK and JULIA DOUGLAS accomplish their agenda of forcing plaintiff to move-out. This was all being done against plaintiff because of plaintiff(s) "RACE" and DISABILITY both of which are protected Characteristic. The law also require "REASONABLE ACCOMMODATION for disabilities and prohibits retaliation against some for exercising that right, the law applies to landlords, Tenants, Property Management companies, I wish you would move said continually by STEVEN QUICK

The managers allowed Jane Doe and John Doe abuse of the water washing everyday, which caused two major floodings in plaintiffs unit this also caused the shared water meter billing Conservice over-billing, their over-use of water which includes the Sewer water usage. Plaintiff have had several body injuries while on property because of the Defendants negligence. Because of a Disability plaintiff has requested Reasonable Accommodation of moving into another unit that still has not taken place, Plaintiff allege the the Management and the company lawyers are not Discriminating against plaintiff(s) Disability related needs

The Fair Housing Amendment Act 42 USC 3604 Prohibits discrimination "against any person in the terms, Conditions, or privileges of sale or rental of a dwelling. Discrimination itself is the harm. Plaintiff(s) has rights their attorney has written many serious false acquisition unlawfully.

2

**III.   RELIEF YOU REQUEST** (*State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.*)

The Fair Housing Act allows a victim of Discrimination to seek, both economic and noneconomic damages which can and do in this case include Humiliation, Embarrassment, Liable, Inconvenience, and Mental Anguish.

(1) Order the Defendants stop Harassing Plaintiff in any form,

(2) Order the Defendants grant Reasonable Accommodation of another apartment without delay,

(3) Order the Defendants return Plaintiff(s) $800.00 credit that was removed for the paying of Defendant Jane Doe, and John Doe water an Electric bill without Plaintiff consent

(4) Order the Defendants stop making false claims against Plaintiff for damage in plaintiff(s) unit that was directly caused by Defendant Jane Doe, and John Doe unit 203.

(5) Order the Defendants STEVEN Quirch, Jane Doe and John Doe unit 203, along with Julia Douglas pay Plaintiff for all personal property that were destroyed by their negligence of the flooding, personal property that tenant Jane and John Doe stomped from Plaintiff(s) wall, both managers had the legal duty of stopping that, not telling the tenants that they could was from 8:00 am unit 10:00 pm daily that is costing Plaintiff water, sewer bill there is only one water-meter

(6) Order the Defendant manager to order the tenant 203 stop washing everyday, the entire day, the entire night wasting water

(7) Order Defendant Pacific View Apartment to Order their attorney stop Harassing Plaintiff writing lies about plaintiff, Order that it all CEASE AND DESIST.

3

**IV.  DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes  ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

July 16, 2023                        Brenda Moore
Date                                 Signature

                                     BRENDA MOORE
                                     Printed Name