UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MOORE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PACIFIC VIEW APARTMENTS, et. al.,<br><br>　　　　　　Defendants. | Case No.: 23-cv-01325-JAH-WVG<br><br>**ORDER DIRECTING CLERK TO FILE COMPLAINT AND MOTIONS IN RELATED ACTION** |

　　　On July 18, 2023, Plaintiff filed the pending complaint and a motion for leave to proceed *in forma pauperis,* and on July 19, 2023, she filed a motion to appoint counsel. Plaintiff sets forth the same allegations against the same defendants previously alleged in the related action, *Moore v. Pacific View Apartments Carlsbad LLC*, 23cv00826 JAH-WVG.  This Court dismissed the complaint in the related action and provided Plaintiff until August 1, 2023, to amend her complaint.  The Court finds it more appropriate to construe the instant complaint as an amended complaint in the related action.

　　　Accordingly, IT IS HEREBY ORDERED the Clerk of Court shall file the complaint

//

//

//

and accompanying motions (Doc. Nos. 1, 2, 3) in the related action *Moore v. Pacific View Apartments Carlsbad LLC*, 23cv00826 JAH-WVG and close this case.

DATED: July 31, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE